DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVE GOHEAGAN,** as Personal Representative of the **ESTATE OF MOLLY SWABY,**
Appellant,

v.

**JOHN B. PERKINS** a/k/a **JOHN BURGESS PERKINS, ROBERT G. CREECH, JUDITH CREECH, SHARON R. BOCK,** as **CLERK AND COMPTROLLER FOR PALM BEACH COUNTY, FLORIDA** and **SUNTRUST BANK,**
Appellees.

No. 4D16-2220

[July 6, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 2015CA010010XXXXMB.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach and Richard D. Schuler of Schuler, Halvorson, Weisser, Zoeller & Overbeck, P.A., West Palm Beach, for appellant.

Philip D. Storey and Michelle Incandela of Alvarez, Winthrop, Thompson & Storey, P.A., Orlando, for Appellee SunTrust Bank.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***